IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALFREDO ALVAREZ, *parent of J.A., a minor child*, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:19-CV-921-RP |
| TEXAS EDUCATION AGENCY, | § § § | |
| Defendant. | § § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Susan Hightower concerning Texas Education Agency's ("TEA") motion to dismiss, (Dkt. 18). (R. & R., Dkt. 29). In her report and recommendation, Judge Hightower recommends that the Court deny the motion. (*Id.* at 14). TEA timely filed objections to the report and recommendation, (Objs., Dkt. 31), and an appendix to its objections, (Dkt. 32).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because TEA timely objected to each portion of the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so, the Court overrules TEA's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Susan Hightower, (Dkt. 29), is **ADOPTED**. TEA's motion to dismiss, (Dkt. 18), is **DENIED.**

**SIGNED** on September 3, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE