IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALFREDO ALVAREZ, *parent of J.A., a minor child*, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | 1:19-CV-921-RP |
| TEXAS EDUCATION AGENCY, | | |
| Defendant. | | |

# **FINAL JUDGMENT**

On this date, the Court adopted United States Magistrate Judge Susan Hightower's report and recommendation concerning Plaintiff's Opposed Motion to Add Parties, (Dkt. 64); Plaintiff's Motion for Judgment on the Pleadings or in the Alternative No-Evidence Motion for Summary Judgment, (Dkt. 66); and Defendant Texas Education Agency's ("TEA") Second Amended Motion To Dismiss, filed October 19, 2021, (Dkt. 71). (R. & R., Dkt. 75). The Court's Order dismissed without prejudice Plaintiff's claims for lack of jurisdiction.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on June 27, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE